IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

STEPHEN DONNELLY,
  Plaintiff,

v.              Cause No.: 3:23-cv-00337

NUECES FARM CENTER, INC.
d/b/a NUECES POWER EQUIPMENT,
  Defendant.

PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

TO THE HONORABLE COURT:

Plaintiff, STEPHEN DONNELLY ("Plaintiff" or "Employee Donnelly"), now files this Original Complaint against Defendant, NUECES FARM CENTER, INC. d/b/a NUECES POWER EQUIPMENT ("Employer Nueces Power" or "Defendant"), and respectfully shows as follows:

## I. PARTIES

1. Plaintiff, Stephen Donnelly, is a natural person residing in El Paso, Texas.

2. Defendant Nueces Farm Center, Inc. d/b/a Nueces Power Equipment is a foreign for-profit corporation organized under the laws of the State of Delaware, which may be served with process by serving its registered agent, CT Corp System, at 1999 Bryan St., Ste. 900, Dallas, Texas 75201, or wherever it may be found.

## II. JURISDICTION

3. Jurisdiction is proper in this Honorable Court based on federal question jurisdiction.

## III. CHRONOLOGY OF FACTS

4. Employers MUST never retaliate against employees who report racial discrimination to protect employees, like all of us, from emotional injuries and from being fired.

5.    Employers MUST safely protect employees from age discrimination to protect employees, like all of us, from emotional injuries and from being fired.

6.    Nueces Farm Center, Inc. d/b/a Nueces Power Equipment is an employer.

7.    Employer Nueces Power MUST never retaliate against employees who report racial discrimination to protect employees, like all of us, from emotional injuries and from being fired.

8.    Employer Nueces Power MUST safely protect employees from age discrimination to protect employees, like all of us, from emotional injuries and from being fired.

9.    On or about March 2008, Employer Nueces Power hires an Employee Donnelly as a Salesman handling the selling and renting out of Employer Nueces Power's equipment in El Paso, Texas.

10.    In 2019, Employer Nueces Power Owner and President Clifton Bradshaw, who is white, and Caucasian, and Vice President Grant Bradshaw, who is white and Caucasian work in Corpus Christi, Texas but travel to El Paso in person for the El Paso store.

11.    Beginning on or about 2019, Employer Nueces Power Owner and President Clifton Bradshaw and Vice President Grant Bradshaw speak to Employee Donnelly, who is white, and Caucasian, on the phone almost **daily**.

12.    Because Employee Donnelly is also white and Caucasian, beginning on or about 2019 and through January 20, 2022, approximately twice a week, Employer Nueces Power Owner and President Clifton Bradshaw and Vice President Grant Bradshaw, while speaking directly to Employee Donnelly or in Employee Donnelly's presence, feel comfortable making derogatory and racist slurs regarding Hispanics, Latinos, Mexican-Americans and Mexicans, as follows:

    a.   "I hate coming to El Paso because of the fucking Mexicans."

    b.   Asks the Employee if the Employee has "any other customers besides broke, fucking Mexicans."

    c.   Asks the Employee "are all of them non-paying?", in reference to Hispanic Mexican-Americans and Mexicans in El Paso.

    d.   Tells the Employee to "try to find some worthy customers", in reference to customers who are white and not Mexican-American, Mexican, or Hispanic.

    e.   Tells a neighbor, "Who gave the fucking Mexicans the right to be on my property?"

    f.   Refers to Mexican-Americans and Hispanics as "freeloading sand niggers".

13.    Employer Nueces Power Vice President Grant Bradshaw, who is Clifton Bradshaw's *son*, repeatedly says to Employee Donnelly:

    a.   The Mexican-American and Hispanic employees are "nothing but freeloaders and taking advantage of us."

    b.   "Them Mexicans can't afford their own fucking lunch."

    c.   Would call one of the Employee's Hispanic co-workers a "freeloading fucking Mexican", and say the co-worker is "taking advantage of us. He is not even the one in charge, it is the guy Tom from Houston."

    d.   Constantly tell the Employee to "stop letting the fucking mechanics", who are all Mexican-American or Hispanic, "take advantage of you."

    e.   "Go pick up my fucking equipment from the mother fucking, broke Mexicans."

14.    Employer Nueces Power Owner and President Clifton Bradshaw and Vice President Grant Bradshaw tell the Employee that the Employee's friend, Lonnie Ramirez, is not actually rich but "is just like all the other Mexicans and just wants to flaunt when he does not have." .

15.    Employer Nueces Power Owner and President Clifton Bradshaw and Vice President Grant Bradshaw also refer to Employee Donnelly's customer, Mario Hidalgo, as a "fucking Mexican", and tell Employee Donnelly, in reference to Mr. Hidalgo, to "tell the fucking Mexican to pay his bills."

16.    Beginning on or about 2019 through January 20, 2022, Employer Nueces Power Owner

and President Clifton Bradshaw and Vice President Grant Bradshaw also make these

racist slurs directly to Employee Donnelly or in Employee Donnelly's presence, when

Owner and President Clifton Bradshaw or Vice President Grant Bradshaw travel to El

Paso *in person*.

17.    At the time, every top management position in Employer Nueces Power was held by

someone who is white.

18.    At the time, Employer Nueces Power did not have any managers who are not white.

19.    On or about December 2020, Employer Nueces Power Vice President Grant Bradshaw

tell Employee Donnelly that Vice President Bradshaw will not hire a particular job

applicant because the applicant, who was over 40 years of age, is "too fucking old" and

Vice President Bradshaw wants to "stay with younger people".

20.    Employer Nueces Power Owner and President Clifton Bradshaw and Vice President

Grant Bradshaw receive Employee Donnelly's complaints about Clifton Bradshaw and

Grant Bradshaw's racist and discriminatory comments when Employee Donnelly reports

that he cannot answer a phone call from Clifton Bradshaw or Grant Bradshaw when he is

with a customer because of Clifton Bradshaw and Grant Bradshaw's racist and

discriminatory comments.

21.    Beginning on or about 2019 through January 20, 2022, Employer Nueces Power Human

Resources Lana Kirkland repeatedly receives Employee Donnelly's complaints about

Owner and President Clifton Bradshaw and Vice President Grant Bradshaw's illegal,

discriminatory and racial slurs, and racial harassment but refuses to act, investigate, or

document and so the racial harassment and slurs continue.

22.  Beginning on or about mid-2021 through January 20, 2022, Employer Nueces Power Supervisor Matt Smith receives Employee Donnelly's, now, weekly complaints about Owner and President Clifton Bradshaw and Vice President Grant Bradshaw's racist and discriminatory slurs and harassment.

23.  From on or about mid-2021 through January 20, 2022, Employer Nueces Power Supervisor Matt Smith, who is white, dismisses Employee Donnelly's complaints, telling Employee Donnelly, "they're the owners, Steve!"

24.  On or about December 2021, Employer Nueces Power Vice President Grant Bradshaw receives the Employee's repeated requests as to why Nueces Power did not hire two of the Employee's Hispanic co-workers, Rueben and Benny, for Supervisor Matt Smith's position, and instead hired Matt Smith, when Rueben and Benny were more qualified than Mr. Smith.

25.  Employer Nueces Power Vice President Grant Bradshaw receives the Employee's specific question, "Is it because he [Matt Smith] is white?"

26.  Employer Nueces Power Vice President Grant Bradshaw refuses to respond to the Employee's questions.

27.  On January 2022, Employer Nueces Power is aware that Employee Donnelly is 48 years old and is the oldest employee in the El Paso store.

28.  On or about January 20, 2022, Employer Nueces Power Owner and President Clifton Bradshaw terminates the Employee, telling the Employee that the termination is because the Employee is "letting the Mexicans take advantage of you", in reference to the Employee's co-workers who are Hispanic.

29.  Employer Nueces Power replaces the Employee with two younger employees.

30. Employer Nueces Power further discriminates *and* retaliates against the Employee by withholding the Employee's earned commissions.

31. Indeed, Nueces Power has continued to retaliate against Employee Donnelly by calling Donnelly's current employer to demand that they fire him.

## IV. CAUSES OF ACTION

### A. Retaliation in Violation of 42 U.S.C. §1981

32. As described above, Employer Nueces Power, by and through its agents, including but not limited to Owner and President Clifton Bradshaw and Vice President Grant Bradshaw, intentionally and knowingly created a racially hostile work environment, and discriminated, retaliated against and harassed Employee Donnelly, a United States citizen, merely because he complained about and opposed color, racial, ethnic and national origin discrimination in the workplace in violation of 42 U.S.C. §1981.

33. Thus, Employer Nueces Power sponsored, encouraged and condoned its agents' retaliation and harassment of Employee Donnelly.

### B. Age Discrimination and Retaliation in Violation of the ADEA

34. Employer Nueces Power discriminated against, retaliated against, and fired Employee Donnelly in violation of the Age Discrimination in Employment Act which protects employees over the age of forty from age discrimination.

35. All conditions precedent to the filing of this action have occurred or have been fulfilled.

## V. NOTICE OF RIGHT TO SUE

36. Attached as Exhibit A is the Notice of Right to Sue issued by the U.S. Equal Employment Opportunity Commission for Employee Donnelly.

## VI. DAMAGES

37.    As a direct and proximate result of Defendant's discrimination, retaliation, and conduct against Plaintiff, as described above, Plaintiff has suffered harms and losses. Plaintiff's harms and losses include in the past and the future: lost wages and benefits; employment opportunities; lost income; loss of earning capacity; mental anguish; emotional pain and suffering; inconvenience; loss of enjoyment of life; and other non-pecuniary losses.

## VII. ATTORNEY'S FEES

38.    Pursuant to 42 U.S.C. §1988(b)-(c), Plaintiff is entitled to reasonable attorney's fees and reasonable expert fees as costs in prosecuting this lawsuit.

## VIII. JURY TRIAL DEMAND

39.    Plaintiff requests that this case be decided by a jury as allowed by Federal Rule of Civil Procedure 38.

IX. PRAYER

40.    Plaintiff respectfully prays that he recover from Defendant, under the Civil Rights Act of

1866, 42 U.S.C. §1981, the Civil Rights Act of 1991, 42 U.S.C. §1981a, and the ADEA,

actual damages, including but not limited to, past and future lost earnings, mental

anguish and inconvenience, emotional pain and suffering, loss of enjoyment of life, bodily

injury, pain and suffering, economic damages and benefits in the past and future,

compensatory damages, punitive damages, pre-judgment interest, post-judgment interest,

attorney's fees, costs, and such other and further relief to which he may show himself to

be justly entitled, in law and in equity.

**SIGNED** on this September 7, 2023.


Respectfully submitted,

**CHAVEZ LAW FIRM**
2101 Stanton Street
El Paso, Texas 79902
(915) 351-7772

By:   _____

**Enrique Chavez, Jr.**
enriquechavezjr@chavezlawpc.com
State Bar No.: 24001873
**Michael R. Anderson**
manderson@chavezlawpc.com
State Bar No.: 24087103
*Attorneys for Plaintiff*